UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DESTRY WHITE                      PLAINTIFF

v.                      CIVIL ACTION NO. 3:16-CV-00647-CRS

RENTDEBT AUTOMATED                      DEFENDANT
COLLECTIONS, LLC

### ORDER

For the reasons set forth in the Memorandum Opinion and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

The Court **GRANTS** Defendant Rentdebt Automated Collections, LLC's motion for summary judgment (DN 11).

The Court **DENIES** Plaintiff Destry White's motion for summary judgment (DN 15 and DN 16).

The Court **DISMISSES** Plaintiff Destry White's Complaint with prejudice.

September 12, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**